IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Islamic Center of North Fulton, Inc., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:10-cv-01922-JOF |
| City of Alpharetta, Georgia, et al., | : | |
| Defendants. | : | |

**OPINION & ORDER**

This matter is before the court on Defendants' Motion to Compel [57] and Defendants' Motion for Extension of Time to Complete Discovery [58].

The court has reviewed Defendants' Motion to Compel and Plaintiff's response thereto and finds that it would be useful to have a hearing on the matter. Therefore, the parties are DIRECTED to appear in Chambers, 1921 U.S. Courthouse on Thursday, February 3, 2011, at 10:30 a.m., for a hearing Defendants' Motion to Compel [57].

Defendants' Motion for Extension of Time to Complete Discovery is DENIED as MOOT [58]. After Defendants filed that motion, the parties submitted a joint motion for extension of time to complete discovery, which the court granted on December 14, 2010.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED** this 7th day of January 2011.

           /s   J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)